The People of the State of Illinois, defendant in error, v. Walter Evans, plaintiff in error. Gen. No. 29,098.

Prosecution for assault with deadly weapon, viz., an automobile. Defendant found guilty.    Error to the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1924. Reversed.   Opinion filed February 11, 1925.

Berezniak & Dittus, for plaintiff in error.    Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, Asst. State's Attorneys, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

William H. Simpson, defendant in error, v. John S. Foreman, plaintiff in error.   Gen. No. 29,134.

Action to recover for services in securing a reduction of taxes for the defendant.   Judgment for the plaintiff.   Error to the Municipal Court of Chicago; the Hon. T. F. Ehler, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1924.   Affirmed.   Opinion filed February 11, 1925.

Taylor, Miller, Dickinson & Smith, for plaintiff in error.   B. M. Shaffner, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.